NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1270

QIMONDA AG,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

LSI CORPORATION,

Intervenor,

and

SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY (US)
HOLDINGS INC., SEAGATE TECHNOLOGY LLC, and SEAGATE (US) LLC,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-665.

ON MOTION

O R D E R

Upon consideration of the unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 13 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

MAY 13 2010

JAN HORBALY
CLERK

cc: G. Brian Busey, Esq.
Sidney A. Rosenzweig, Esq.
Bruce S. Sostek, Esq.
Charles F. Schill, Esq.

s8